IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JUSTO VILLALVA, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No.: 4:13-cv-01567-AKK-PWG ) |
| ERIC HOLDER, et al., | ) ) ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This case is before the court on Respondents' Motion to Dismiss as Moot, doc. 3, filed November 20, 2013.  In their motion, Respondents note that Petitioner was removed from the United States on June 26, 2013. Doc. 3-1.  Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003).  Accordingly, Respondents' motion to dismiss is due to be granted and the petition is due to be dismissed.

A separate order will be entered.

DONE this 25th day of November, 2013.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE